IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ANGELA ROPER,** for herself and all others similarly situated,<br>　　　　　Plaintiff,<br>　　v.<br>**VERIZON PENSYLVANIA LLC,**<br>　　　　　Defendant. | Case No. 18-cv-5270-EGS |

## JOINT MOTION FOR FINAL SETTLEMENT APPROVAL

For the reasons set forth in their accompanying Memorandum of Law, Plaintiff Angela Roper and Defendant Verizon Pennsylvania LLC respectfully submit this Joint Motion for Final Approval of their proposed settlement in this action.

Respectfully Submitted,

| | |
|---|---|
| */s/ David J. Cohen*<br>David J. Cohen<br>STEPHAN ZOURAS, LLP<br>604 Spruce Street<br>Philadelphia, PA 19106<br>(215) 873-4836<br>dcohen@stephanzouras.com | */s/ James Urban*<br>James Urban<br>JONES DAY<br>500 Grant Street, Suite 4500<br>Pittsburgh, PA 15219-2514<br>(412) 391-3939<br>jsburban@jonesday.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |
| January 13, 2023 | January 13, 2023 |

## CERTIFICATE OF SERVICE

I hereby certify this 13th day of January 2023, that a true and correct copy of the foregoing pleading has been served on all record counsel by electronically filing this document and all attachments via the Court's ECF system.

　　　　　　　　　　　　　　　　　　　　　*/s/ David J. Cohen*