IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| ANGELA ROPER,<br>for herself and all others similarly situated,<br>    Plaintiff,<br>        v.<br>VERIZON PENSYLVANIA LLC,<br>    Defendant. | Case No. 18-cv-5270-EGS |

### FINAL SETTLEMENT APPROVAL ORDER

**AND NOW**, this 19th, day of January 2023, upon consideration of the Parties' joint motion for final settlement approval, the accompanying Memorandum of Law, Plaintiffs' Supplemental Memorandum of Law Supporting the Proposed Incentive, Fee and Expense Awards, the representations made by both Parties during the January 19, 2023 final approval hearing, and all other submissions and proceedings, it is hereby **ORDERED** as follows:

WHEREAS Plaintiff brought claims against Defendant for alleged violations of the Fair Labor Standards Act of 1938, 29 U.S.C. §§ 201, *et seq.* ("FLSA") and the Pennsylvania Minimum Wage Act of 1968, 43 P.S. §§ 333.101, *et seq.*;

WHEREAS the Parties have considered and evaluated their respective positions in light of relevant statutes and case-law and, after extensive confirmatory discovery into the scope and nature of the claims presented, substantial litigation of the relevant issues and extensive, arm's-length settlement negotiations overseen by an experienced mediator;

WHEREAS the Parties' efforts have resulted in a proposed settlement commemorated in their Settlement Agreement;

WHEREAS Defendants, in exchange for the mutual promises, releases, and consideration described in the Settlement Agreement, have agreed to make a Maximum Settlement Payment of $1,325,000.00 to benefit the Settlement Class Members and Class Counsel as outlined in the Settlement Agreement;

WHEREAS, on October 14, 2022, this Court entered an Order preliminarily approving the Parties' proposed settlement and directing them to distribute a Court-Approved Notice to the Class Members as outlined in the Settlement Agreement;

WHEREAS, as described in Plaintiffs' final approval papers, the Settlement Administrator mailed the Settlement Notice to the Class Members in accordance with the requirements of due process and the Class Members were afforded a fair opportunity to review the terms of the proposed settlement, object to the proposed settlement, or exclude themselves from this lawsuit;

WHEREAS, in response to the Notice dissemination effort, no Settlement Class Members have objected to the proposed settlement, three Class Members submitted timely exclusion requests and one Class Member submitted a late exclusion request;

WHEREAS, on January 19, 2023, this Court presided over a Final Approval Hearing in which the opportunity to be heard was given to all persons requesting to be heard in accordance with this Court's Preliminary Approval Order; and

WHEREAS the Court has carefully reviewed and considered the terms of the Settlement Agreement, all written submissions from the Parties and the representations of counsel at the Final Approval Hearing;

**IT IS HEREBY ORDERED THAT:**

1.  The proposed settlement is entitled to a presumption of fairness because: 1) the settlement negotiations occurred at arm's length; 2) there was sufficient discovery; 3) the

is fair, reasonable and adequate and resolves a *bona fide* dispute between the Parties;

6. The Court grants the requests of PMWA Class Members John Byrnes, Roy Codeluppi, and Susan Sowa to be excluded from the Settlement, reducing the PMWA Class to 1,498 members.

7. The Court grants the request of FLSA Opt-In Michelle Adams to be excluded from the settlement, reducing the FLSA Collective to 159 members.

8. This Court hereby **APPROVES** the proposed $1,325,000.00 Settlement Amount provided in the Settlement Agreement, including approximately $250,850.00 to the 159 FLSA Opt-Ins and approximately $554,900.00 to the 1,498 PMWA Class Members ($350.00 each), as fair, reasonable, and adequate because these amounts represent a reasonable percentage of the maximum damages claimed in a "best-case" scenario considering the risks of continued litigation;

9. This Court hereby **APPROVES** the proposed $25,000.00 incentive award to the Named Plaintiff as fair, reasonable, and adequate compensation for the efforts she expended and the reputational risks she accepted to bring and support this litigation and facilitate the Parties' discovery efforts and settlement negotiations;

10. This Court hereby **APPROVES** the proposed $463,750.00 attorney's fee and the $30,500.00 cost reimbursement payments to Class Counsel as fair, reasonable and adequate based on this Court's consideration of each of the relevant factors, including the size of the settlement fund and the quality of the result reached in this litigation, the absence of objections from the Class Members, the skill and efficiency of Class Counsel, the complexity and duration of this litigation, the risk of non-payment Class Counsel assumed, the amount of time Class Counsel devoted to the case, the total lodestar Class Counsel accumulated in the litigation of these claims at their

reasonable hourly rates, and the reasonableness of the requested fee as a percentage of the total value made available to the Class members;

11. This Court hereby **GRANTS** the Parties' Joint Motion for Final Settlement Approval (Doc. No. 136) and dismisses the matter with prejudice;

12. The clerk of court shall mark this matter as **CLOSED**; and

13. Without affecting the finality of this Order, this Court will retain jurisdiction to enforce the terms of this Settlement Agreement and preside over any issues flowing from distribution of the Settlement Fund.

Date: 1/19/2023

**BY THE COURT:**

_____
**EDWARD G. SMITH, J.**