IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANGELA ROPER, for herself and all others similarly situated, : : : | |
| Plaintiff, : : | CIVIL ACTION NO. 18-5270 |
| v. : : | |
| VERIZON PENNSYLVANIA LLC, : : | |
| Defendant. : | |

## SUPPLEMENTAL SETTLEMENT APPROVAL ORDER

**AND NOW**, this 30th day of January, 2023, after a telephone conference with counsel where, *inter alia*, a supplement to the approved settlement was discussed; and by agreement of the parties, it is hereby **ORDERED** as follows:

1. Paragraph 11 of the January 19, 2023 final settlement approval order (Doc. No. 139) is **AMENDED** as follows:

   a. The parties' joint motion for final settlement approval is **GRANTED** and this matter is **DISMISSED WITH PREJUDICE** subject to the following agreed-upon changes, noted directly below, to the Joint Stipulation and Agreement to Settle Class Action Claims ("Settlement Agreement") (Doc. No. 136-3);

   b. Section IV.6.b is **REVISED** (pursuant to the agreement of the parties) to read as follows:

   > In addition to the flat sum payment, the Opt-In Plaintiffs will receive an additional payment (the "Opt-In Premium Payment") calculated as follows: (Adjusted Gross Fund Value) ÷ (total number of workweeks in which Opt-In Plaintiffs performed In-Class Work during the FLSA Period plus the number of workweeks in which Plaintiff Angela Roper performed In-Class Work from December 7, 2015 through her separation from employment in November 2017) x (number of workweeks in which the individual Opt-In

1

> Plaintiff at issue performed In-Class Work during the FLSA Period or, in Named Plaintiff Roper's case only, the number of workweeks in which she performed In-Class Work from December 7, 2015 through her separation from employment in November 2017).

The Settlement Administrator is directed to disburse payments to the class in accordance with the foregoing;

      c.    Section IV.5.f is **REVISED** (pursuant to the agreement of the parties) to read as follows:

> Within fourteen (14) days of the Effective Date, Defendant will deposit $1,325,000.00 into the Qualified Settlement Fund established by the Settlement Administrator under Paragraph 2 of this Agreement. Defendant also will supply to the Settlement Administrator an updated spreadsheet showing the number of weeks worked during the FLSA Period and through the Effective Date, plus the number of workweeks in which Plaintiff Angela Roper performed In-Class Work from December 7, 2015 through her separation from employment in November 2017.

2.    The "Releases" language set forth in Section IV.4 and the related definitions of "Released Parties," "Released Claims," "FLSA [Class] Period" and "State Law Class Period" set forth Section IV.1 is **APPROVED**. Specifically, all 1,498 Class Members ("Releasors") have released and forever discharged the Released Parties of and from any and all Released Claims on behalf of themselves, their heirs, spouses, executors, administrators, attorneys, agents, assigns, and any entities or businesses in which any of them have a controlling ownership interest. Releasors are enjoined from initiating any proceedings regarding the Released Claims that arose during the FLSA Class Period or State Law Class Period, whichever applies. The foregoing does not apply to the four individuals who opted out and are excluded from the settlement by this court's January 19, 2023 final settlement approval order; and

3. All other provisions of this court's January 19, 2023 final settlement approval order (Doc. No. 139) remain in full force and effect.

BY THE COURT:

/s/ *Edward G. Smith*
EDWARD G. SMITH, J.